Edward J. Maney, Trustee
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
Fax (602) 277-4103

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | | |
|---|---|---|
| In Re:<br>CHRISTOPHER JOHN NORWOOD<br>ANGELA MARIE NORWOOD<br>1505 BLACK BEAR DRIVE<br><br>COTTONWOOD, AZ   86326<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CHAPTER 13 PROCEEDINGS<br><br>CASE NO. 3-20-07997-DPC<br><br>CHAPTER 13 TRUSTEE'S REPORT<br>OF ALLOWED CREDITOR CLAIMS |

    Notice is hereby given to the Debtor and Counsel, if any, that the Trustee intends to pay the claims as filed by the creditors listed below, or as amended by the Stipulated Order Confirming the debtor's Chapter 13 Plan, unless an objection is made by the Debtor or other party of interest within 30 days from the date of this notice.   In the event that additional claims are discovered at a later date, the Trustee may file a Supplemental Notice of Allowed Creditor Claims.

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Office of the Arizona Attorney General<br>   Tax, Bankruptcy, & Collection Section<br>   2005 N. Central Avenue<br>   Phoenix, AZ   85004-1592 | 07/14/2020 | $0.00 | 0% | Priority |
| Internal Revenue Services<br>   bankruptcy payments<br>   P.O. Box 7317<br>   Philadelphia, PA   19101-7317 | 08/10/2020 | $1254.21 | 0% | Priority |
| Internal Revenue Services<br>   bankruptcy payments<br>   P.O. Box 7317<br>   Philadelphia, PA   19101-7317 | 08/10/2020 | $12447.53 | 0% | Unsecured |
| Arivo Acceptance LLC<br>   POB 708310<br><br>   Sandy, UT   84070- | 09/01/2020 | $16571.34 | 6% | Secured |
| Speedy Cash<br>   PO Box 780408<br><br>   Wichita, KS   67278- | 07/14/2020 | $370.40 | 0% | Unsecured |
| LVNV Funding LLC<br>   c/o Resurgent Capital Services<br>   P.O. Box 10587<br>   Greenville, SC   29603-0587 | 07/15/2020 | $231.66 | 0% | Unsecured |
| LVNV Funding LLC<br>   c/o Resurgent Capital Services<br>   P.O. Box 10587<br>   Greenville, SC   29603-0587 | 07/15/2020 | $870.57 | 0% | Unsecured |
| Jefferson Capital Systems LLC<br>   PO BOX 772813<br><br>   Chicago, IL   60677-2813 | 07/21/2020 | $1082.72 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Quantum3 Group LLC<br>P.O. Box 788<br><br>Kirkland, WA   98083-0788 | 07/29/2020 | $145.00 | 0% | Unsecured |
| Quantum3 Group LLC<br>P.O. Box 788<br><br>Kirkland, WA   98083-0788 | 07/29/2020 | $776.00 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy/Recovery<br>P.O. Box 12914<br>Norfolk, VA   23541- | 08/17/2020 | $579.31 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy/Recovery<br>P.O. Box 12914<br>Norfolk, VA   23541- | 08/17/2020 | $475.02 | 0% | Unsecured |
| Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br><br>Blasdell, NY   14219- | 09/15/2020 | $775.98 | 0% | Unsecured |
| Arizona Department of Economic Security<br>P.O. Box 60<br><br>Phoenix, AZ   85001- | 09/28/2020 | $6534.58 | 0% | Unsecured |
| Credence<br>17000 Dallas Parkway<br>Suite 204<br>Dallas, TX   75248- | | $0.00 | 0% | Unsecured |
| Edfinancial Services<br>Attn: Bankruptcy/Recovery Department<br>120 N. Seven Oaks Drive<br>Knoxville, TN   37922- | | $0.00 | 0% | Unsecured |
| Enhanced Recovery Company, LLC<br>8014 Bayberry Road<br><br>Jacksonville, FL   32256-7412 | | $0.00 | 0% | Unsecured |
| H.C.I.<br>Attn: Bankruptcy/Recovery<br>P.O. Box 82910<br>Phoenix, AZ   85071-2910 | | $0.00 | 0% | Unsecured |
| Hughes Federal Credit Union<br>Attn: Bankruptcy/Recovery<br>P.O. Box 11900<br>Tucson, AZ   85734-1900 | | $0.00 | 0% | Unsecured |
| Nationwide Recovery<br>3000 Kellway Drive<br><br>Carrollton, TX   75006- | | $0.00 | 0% | Unsecured |
| Rash Curtis & Associates<br>Attn: Bankruptcy/Recovery<br>P.O. Box 27428<br>Concord, CA   94527- | | $0.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| RSI Enterprises<br>5440 W Northern Ave<br><br>Glendale, AZ  85301- | | $0.00 | 0% | Unsecured |
| VALLEY COLLECTION SERVICE<br>P.O. BOX 520<br><br>GLENDALE, AZ  85311-0520 | | $0.00 | 0% | Unsecured |
| Thomas Adams Mcavity<br>Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main Street<br>Skokie, IL  60076-2780 | | $10.00 | 0% | Legal |
| Thomas Adams Mcavity<br>Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main Street<br>Skokie, IL  60076-2780 | | $4490.00 | 0% | Legal |

Edward J. Maney  
101 North First Ave., Suite 1775  
Phoenix, Arizona 85003  
Telephone (602) 277-3776   Fax (602) 277-4103  
Email: office@maney13trustee.com